IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUN 20 A :: :0

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARTHA JANE JOHNSON 202230 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:06CV546-KWW
FRANK ALBRIGHT, Warden of Julia ) (To be supplied by Clerk of
       Tutwiler Prison ) U.S. District Court)
CYNTHIA WHEELER, Administrative Captain of )
       Julia Tutwiler Prison )
RICHARD ALLEN, Commissioner of Alabama )
       Department of Corrections )
KIM TOBIAS THOMAS, Counsel of Record for )
       Alabama Department of Corrections )
JUNE MASON, Correctional Officer ET AL )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit (Habeas Corpus pursuant to §2254.)
            Plaintiff(s) MARTHA JANE JOHNSON

            Defendant(s) GLADYS DEESE, Warden; TROY KING,
            Attorney General for State of Alabama, et al

        2.  Court (if federal court, name the district; if
            state court, name the county) United States District
            Court, Middle District of Alabama, Southern Division

3. Docket number 1:02-cv-01131-TMH-CSC

4. Name of judge to whom case was assigned Judge Hobbs

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Efforts have Petition for Writ of Certiorari mailed out in a timely fashion have been destroyed by the retaliation which is basis for this action.

6. Approximate date of filing lawsuit October 4, 2002

7. Approximate date of disposition United States Court of Appeals Feb 24, 2006 as time barred

II. PLACE OF PRESENT CONFINEMENT Julia Tutwiler Prison

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Julia Tutwiler Prison

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                             ADDRESS
1. Frank Albright, Warden,           Julia Tutwiler Prison 8966 US Hwy 231, Wetumpka, Al. 36092-5343
2. CYNTHIA WHEELER, Captain Administrative  Julia Tutwiler Prison 8966 US Hwy 231, Wetumpka, AL 36092-5343
3. Richard Allen, Commissioner  Ala. Dept. of Corrections 301 Ripley St, Montgomery, AL 36130
4. Kim Tobias Thomas, Counsel of Record for Ala. Dept. of Corrections, 301 Ripley St, Montgomery, AL
5. June Mason, Correctional Officer / Julia Tutwiler Prison 8966 US Hwy 231, Wetumpka, AL 36092-5343
6. ET AL

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Most recent, May 18, 2006 and May 24, 2006, prior dates as listed in brief

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: First and Fourteenth Amendment Violations on access to Court - numerous ongoing, exacerbated to Sixth and Eighth Amendment; Access to Attorneys, and cruel and unusual punishment by duress and mental anguish of lockdown in segregation

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

Please refer to accompanying memorandum Brief. The ongoing pattern of arbitrary conduct has hindered or obstructed access to court and attorneys — urgent need for remedy of default caused by state created impediment by unchecked capricious retaliation and unethical conduct.

**GROUND TWO:** Need for Injunction and Protective order to remedy current problems and prevent imminent damage.

**SUPPORTING FACTS:** (See supporting memorandum Brief Accompanying this form, and Motion for injunctive and declaratory relief accompanying this form)

**GROUND THREE:** Injunction (URGENT) for release from segregation as unjustified and destructive to efforts to further litigation.

**SUPPORTING FACTS:** Warden Albright had Plaintiff placed in "protective custody rotation" with no true justified reason — only a guise with other proper alternatives. In fact it's obvious retaliation on First Amendment right of freedom of speech effort to rely on established law to invoke constitutional provisions. The access to court has been destroyed as well as the timely filing of Petition for Writ of Certiorari by state created impediments violative of First, Sixth, Fourteenth, and to magnitude of Eighth Amendments. (See accompanying memorandum Brief in support of claims and Issues of Constitutional Rights Being violated and Cause for Injunctive and Declaratory Relief of Substantial Hardship and to Remedy Actual Damage by Impediments and "Motion Seeking Urgent Injunction and Declaratory Relief...."

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To grant relief by a mandate to have released from isolation of segregation lock-down. To have mandate on paper, pen, copies and materials needed. To have mandate on revamping indegency policy and format of Prisoners Money on Deposit to better accomodate Court requirements for In Forma Pauperis; to have mandate on sufficient library hours; to research with assistance from adequately trained or experienced legal clerk. (See conclusion of Motion Seeking urgent injunction and declaratory relief of actual and imminent damage and substantial hardship, by mandate or other action. *Martha Jane Johnson*

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  June 14, 2006  .
             (Date)

*Martha Jane Johnson*
Signature of plaintiff(s)

4