

## OFFICE OF DISTRICT ATTORNEY

33ʳᴅ JUDICIAL CIRCUIT
DALE AND GENEVA COUNTIES
KIRKE ADAMS, DISTRICT ATTORNEY

POST OFFICE BOX 247
GENEVA, ALABAMA 36340

POST OFFICE BOX 1688
OZARK, ALABAMA 36361

TELEPHONE
GENEVA COUNTY
(334) 684-3697

DALE COUNTY
(334) 774-9500

May 25, 2006

Mrs. Gladys Deese
Warden - Julia Tutwiler Prison
8966 US Hwy 231
Wetumpka, AL 36092-5343

Re: Martha Jane Johnson

Dear Warden Deese:

I have been asked by inmate Martha Jane Johnson to write you and authorize a telephone call from her to my office. Said telephone call is permissible and I hope that you will allow her this call. Thank you in advance for your help in this matter.

Sincerely,

Kirke Adams
District Attorney

Appendix