# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 25, 2006

Martha Jane Johnson (202230)
Julia Tutwiler Prison for Women
8966 US HIGHWAY 231
WETUMPKA  AL  36092-5343

**Appeal Number: 05-12638-I**
Case Style: Martha Jane Johnson v. Gladys Deese
District Court Number:  02-01131 CV-H-S

---

I am returning to you unfiled the pro se papers which you have submitted.  Because you are represented by counsel, the rules of this court do not allow us to accept these papers from you.  See 11th Cir. R. 25-1 and 11th Cir. R. 28-3.  We suggest that you communicate with your attorney concerning issues or arguments which you believe should be presented to the court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Counsel has filed a motion for certificate of appealability and the moiton is currently being reviewed by the court for a ruling.

Encl.

PRO-3 (3-2004)