**IN THE CIRCUIT COURT OF** _____ **COUNTY**

_____
            Petitioner

vs.

**STATE OF ALABAMA**
            Respondent

Case Number:_____

Re: Post-Conviction Relief Petition on Case Number _____ as State of Alabama
            Plaintiff
vs.

_____
            Defendant

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, your petitioner, _____, pro se, to humbly and respectfully move this honorable and learned court to appoint counsel in the above-styled cause, and for good cause shown would submit:

    1. Your petitioner is unable financially or otherwise to obtain the assistance of counsel and desires the assistance of counsel.

    2. "Alabama statutory law authorizes appointment and payment of counsel to represent indigents who apply for state post-conviction relief in Alabama. See Alabama Code § 15-12-23. Alabama Code § 15-12-23(a) provides that in proceedings in the district or circuit court involving the life and liberty of those convicted of serious criminal offenses, including proceedings for habeas corpus and other post-conviction remedies and in appeals in such proceedings, the court may appoint counsel to represent persons so convicted if it appears to the court that the convicted person is unable financially to obtain counsel and desires the assistance of counsel, and it further appears that counsel is necessary to assert or protect the convicted person's rights. Alabama Code § 15-12-23(d) provides for financial compensation for counsel so appointed. Therefore, there is a right to counsel in Rule 32 Proceedings."[1]

    3. Alabama Rules of Criminal Procedure, Rule 32.7(c) provides for appointment of counsel if the court does not summarily dismiss the petition, and it further appears that counsel is necessary to assert or protect the rights of the petitioner, the court shall appoint counsel.

---

[1] Donald E. Wilkes, Jr., State Postconviction Remedies and Relief, 2001 Ed,
also; Alabama Code 1975 § 15-12-23, subsection (a) and (d)
also; USCA Amendment 14.


Appendix D

    4. Your petitioner is not practiced or learned in the law to properly proceed further in this matter; therefore, in the interest of justice appointment of counsel is prayed to provide a balance of advocacy.

    WHEREFORE, premises considered it is earnestly prayed that the above and foregoing be granted.

    Respectfully submitted,

_____

Petitioner_____

AIS Number_____

Address_____

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____ day of _____, _____, a copy of the above and foregoing has been caused to be served on the respondent, via U.S. Mail, postage prepaid, properly addressed as:

_____