

| | STATE OF ALABAMA | |
| --- | --- | --- |
| | DEPARTMENT OF CORRECTIONS | |
| Bob Riley | Julia Tutwiler Prison for Women | Donal Campbell |
| Governor | 8966 U.S. Highway 231 | Commissioner |
| | Wetumpka, AL  36092 | |
| Gladys Deese | (334)567-4369 | Frank Albright |
| Warden III | | Warden II |

## DETENTION NOTIFICATION

INMATE: _Martha Johnson_   RACE/AIS# _W/ 202230_

You are presently being investigated by: _____

As a result of this, we are placing you in a single cell pending completion of the investigation. I am giving you notice that this investigation may take longer than seventy-two (72) hours. At the end of this 72 hours, excluding holidays and weekends, you will either receive additional notification or be released from the single cell. By your signature below, you acknowledge that you received a copy of this notice

_Martha Johnson W 202230_                         _H.C.P. Johnson 5/24/06_
INMATE SIGNATURE / RACE / AIS NUMBER              SIGNATURE / DATE

_M Corbin, CO-1_ _____ SERVING OFFICER'S SIGNATURE

Indicate below the circumstance(s) surrounding single cell placement and disposition. Identify victim(s) if the placement is due to theft, assault, fighting w/ or w/o a weapon, threats, debts, gambling, enemies, or a sexual offense.

_Protective Custody_

The investigating Officer will be responsible for all investigative phases and will ensure that all parties concerned are notified in writing.

Any and all documentation concerning single cell placement should be attached.

Cc:  Deputy Warden
     Captain
     Seg file
     Classification
     Inmate

_Appendix E_