[Appendix F]

CASE NUMBER _____
ID YR number
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

IN THE UNITED STATES DISTRICT COURT – MIDDLE DISTRICT OF ALABAMA
{Insert appropriate court}

MARTHA JANE JOHNSON 202230
(Petitioner)

vs.   FRANK ALBRIGHT, Warden,
CYNTHIA WHEELER, Captain,
RICHARD ALLEN, Commissioner,
KIM TOBIAS THOMAS, Counsel of Record,
JUNE MASON, Correctional Officer,
ET AL.

(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, MARTHA JANE JOHNSON 202230 declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitle to relief.

1. Are you presently employed? Yes _____ No ✔
a. If the answer is "yes," state the amount of your salary or wage per month, and give the name and address of your employer. N/A

b. If you answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. Incarcerated Since April 2, 1998

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession, or other form of self-employment?
      Yes _____ No _____
   b. Rent payment, interest, or dividends?
      Yes _____ No _____
   c. Pensions, annuities, or life insurance payment?
      Yes _____ No _____
   d. Gifts or inheritance?
      Varied amounts from sister & a friend or relatives (see attached PMOD)

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

See attached PMOD from Julia Tutwiler Prison as May 12, 2005 – May 19, 2006 also PMOD from South Louisiana Correctional Center/Louisiana Correctional Services (LCS) "Trust Fund Resident Activity" which shows spending and receiving of funds — all incoming funds are noted as "ROA" (received on account) from "5/20/2004" to "7/26/2005" (To average out last 12 months would be misleading Low – as of or by August 2006 will be $36 mc.

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   Should reflect a negative balance due to debit on $1.33 for copies

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No ✓

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  May 19, 2006
                  (Date)

                                      Martha Jane Johnson
                                      Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____ institution:

See Attached Information on inmate Martha Jane Johnson, AIS# 202230.

                                      Johnson

DATE

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                     TUTWILER PRISON
```

AIS #: 202230     NAME: JOHNSON, MARTHA JANE            AS OF: 05/19/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 12 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $3.09 | $32.93 |
| NOV | 30 | $8.91 | $30.00 |
| DEC | 31 | $6.26 | $30.00 |
| JAN | 31 | $8.78 | $40.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 19 | $0.00 | $0.00 |

| Trust Fund Resident Activity | LCS CORRECTIONS | Trust Fund Resident Activity |
|---|---|---|
| 8/5/2005 8:58 AM | Resident Id: A202230<br>From: 9/29/2003<br>To: 8/5/2005 | 1 Of 3 |

## Trust Fund Resident Activity

| Resident Id | Personal Id | Last Name | First Name | Class | Unit | Building | Pod | Bed |
|---|---|---|---|---|---|---|---|---|
| A202230 | A202230 | JOHNSON | MARTHA | GP | SLCC | GATR | 4 | 08 |

Beginning Balance

$0.00

| Task No. | Date | Task | Check No. | Comment | Amount |
|---|---|---|---|---|---|
| 2837 | 5/20/2004 5:26:32 PM | Intake | | LCS Automated Intake | $0.00 |
| 15864 | 6/4/2004 2:01:51 PM | ROA | | Mailroom Receipts | $20.00 |
| 17047 | 6/8/2004 8:19:15 AM | Sale | | Scanned Sale | ($19.85) |
| 18373 | 6/9/2004 5:45:19 PM | Sale | | | $2.04 |
| 20528 | 6/15/2004 8:39:52 AM | Sale | | Scanned Sale | ($1.95) |
| 28101 | 6/29/2004 8:16:45 AM | ROA | | Mailroom Receipts | $20.00 |
| 30340 | 7/1/2004 7:36:21 AM | Sale | | Scanned Sale | ($4.53) |
| 31721 | 7/6/2004 8:15:51 AM | Sale | | Scanned Sale | ($0.36) |
| 32845 | 7/6/2004 3:41:12 PM | Transfer Funds | | 1250784843024 | ($15.00) |
| 43930 | 7/23/2004 2:53:42 PM | ROA | | Mailroom Receipts | $10.00 |
| 45102 | 7/27/2004 8:49:52 AM | Sale | | Scanned Sale | ($10.22) |
| 54173 | 8/11/2004 3:17:58 PM | ROA | | Mailroom Receipts | $20.00 |
| 55005 | 8/13/2004 8:26:51 AM | Sale | | Scanned Sale | ($5.06) |
| 58353 | 8/18/2004 11:25:03 AM | Transfer Funds | | 8056991795448 | ($15.00) |
| 62892 | 8/25/2004 2:10:21 PM | ROA | | Mailroom Receipts | $20.00 |
| 65459 | 8/31/2004 7:39:25 AM | Sale | | Scanned Sale | ($4.84) |
| 67278 | 9/1/2004 4:21:04 PM | Transfer Funds | | 6554044265517 | ($15.00) |
| 68851 | 9/3/2004 2:55:08 PM | ROA | | Mailroom Receipts | $30.00 |
| 68893 | 9/3/2004 3:12:25 PM | ROA | | Mailroom Receipts | $20.00 |
| 69853 | 9/7/2004 3:49:42 PM | Transfer Funds | | Reversed Task No. 67278 | $15.00 |
| 70201 | 9/7/2004 4:25:43 PM | Sale | | Scanned Sale | ($42.26) |
| 70741 | 9/8/2004 9:09:41 AM | Sale | | Unable to fill order for Task No... | $42.26 |
| 70742 | 9/8/2004 9:09:54 AM | Sale | | Retry order for Task No. 70201 | ($41.12) |
| 76610 | 9/16/2004 1:18:20 PM | Transfer Funds | | 19 | ($15.00) |
| 77029 | 9/17/2004 7:35:25 AM | Sale | | Scanned Sale | ($6.14) |
| 85117 | 9/28/2004 8:40:19 AM | Sale | | Scanned Sale | ($2.60) |
| 90070 | 10/1/2004 3:13:44 PM | ROA | | Mailroom Receipts | $20.00 |
| 91806 | 10/5/2004 7:24:43 AM | Sale | | Scanned Sale | ($4.95) |
| 93562 | 10/6/2004 10:02:39 AM | Sale | | | $0.43 |
| 97837 | 10/12/2004 10:02:48 AM | Transfer Funds | | 148 | ($15.00) |
| 103866 | 10/19/2004 6:29:53 AM | Sale | | Scanned Sale | ($0.43) |
| 110130 | 10/26/2004 1:00:01 PM | ROA | | Mailroom Receipts | $10.00 |
| 111123 | 10/27/2004 2:19:29 PM | ROA | | Mailroom Receipts | $20.00 |

Case 2:06-cv-00546-WKW-CSC   Document 27   Filed 06/20/2006   Page 5 of 6

Trust Fund Resident Activity                LSS CORRECTIONS                           Trust Fund Resident Activity
8/5/2005 8:58 AM                             Resident Id: A202230                                          2 Of 3
                                             From: 9/29/2003
                                             To: 8/5/2005

| | ID | Date | Type | | Description | Amount |
|---|---|---|---|---|---|---|
| + | 115898 | 11/2/2004 7:41:26 AM | Sale | | Scanned Sale | ($11.32) |
| + | 117390 | 11/3/2004 8:54:16 AM | Transfer Funds | | 292 | ($15.00) |
| + | 117684 | 11/3/2004 10:10:25 AM | Sale | | | $1.14 |
| + | 125064 | 11/11/2004 6:59:57 AM | Sale | | Scanned Sale | ($4.22) |
| + | 146902 | 12/8/2004 2:05:49 PM | ROA | | Mailroom Receipts | $20.00 |
| + | 147234 | 12/9/2004 5:44:54 AM | Sale | | Scanned Sale | ($10.84) |
| + | 147987 | 12/9/2004 2:20:02 PM | ROA | | Mailroom Receipts | $20.00 |
| + | 149555 | 12/13/2004 10:08:07 AM | Sale | | | ($2.18) |
| + | 150587 | 12/14/2004 6:05:44 AM | Sale | | Scanned Sale | ($7.84) |
| + | 150950 | 12/14/2004 9:11:04 AM | Transfer Funds | | 394931519894 | ($10.00) |
| + | 153857 | 12/16/2004 2:13:48 PM | ROA | | Mailroom Receipts | $15.00 |
| + | 164032 | 12/21/2004 9:06:01 AM | Sale | | Scanned Sale | ($8.49) |
| + | 164593 | 12/21/2004 11:20:36 AM | Transfer Funds | | 379284340839 | ($10.00) |
| + | 166632 | 12/23/2004 6:29:45 AM | Sale | | Scanned Sale | ($6.59) |
| + | 178214 | 1/7/2005 1:34:01 PM | ROA | | Mailroom Receipts | $20.00 |
| + | 180481 | 1/11/2005 8:30:21 AM | Sale | | Scanned Sale | ($8.96) |
| + | 180979 | 1/11/2005 10:44:44 AM | Transfer Funds | | 375879785716 | ($10.00) |
| + | 191581 | 1/25/2005 7:49:06 AM | Sale | | Scanned Sale | ($1.09) |
| + | 204581 | 2/9/2005 10:46:05 AM | ROA | | Mailroom Receipts | $20.00 |
| + | 205718 | 2/10/2005 8:33:41 AM | Sale | | Scanned Sale | ($18.70) |
| + | 209269 | 2/14/2005 3:52:12 PM | ROA | | Mailroom Receipts | $10.00 |
| + | 215346 | 2/22/2005 6:29:45 AM | Sale | | Scanned Sale | $0.00 |
| + | 215623 | 2/22/2005 6:40:08 AM | Sale | | Unable to fill order for Task No... | $0.00 |
| + | 216700 | 2/22/2005 11:38:26 AM | Group Assignment | | Added Group to Building | $0.00 |
| + | 220207 | 2/24/2005 7:39:47 AM | Sale | | Scanned Sale | ($1.19) |
| + | 223692 | 2/28/2005 2:08:13 PM | Sale | | | ($7.00) |
| + | 224434 | 3/1/2005 6:28:23 AM | Sale | | Scanned Sale | ($1.65) |
| + | 227582 | 3/3/2005 1:30:38 PM | ROA | | Mailroom Receipts | $20.00 |
| + | 229461 | 3/7/2005 10:05:31 AM | Sale | | | ($7.00) |
| + | 230721 | 3/8/2005 7:45:55 AM | Sale | | Scanned Sale | ($1.89) |
| + | 236786 | 3/14/2005 1:03:14 PM | Transfer Funds | | 737878617415 | ($10.00) |
| + | 237036 | 3/14/2005 2:03:49 PM | ROA | | Mailroom Receipts | $15.00 |
| + | 237608 | 3/15/2005 6:26:01 AM | Sale | | Scanned Sale | ($10.27) |
| + | 244634 | 3/22/2005 8:43:12 AM | Sale | | Scanned Sale | ($6.51) |
| + | 258417 | 4/4/2005 3:29:10 PM | ROA | | Mailroom Receipts | $20.00 |
| + | 258871 | 4/5/2005 7:01:04 AM | Sale | | Scanned Sale | ($17.24) |
| + | 261561 | 4/6/2005 1:52:01 PM | Sale | | | ($3.50) |
| + | 265422 | 4/11/2005 3:20:37 PM | ROA | | Mailroom Receipts | $10.00 |
| + | 273687 | 4/19/2005 10:58:39 AM | Transfer Funds | | 317878232971 | ($10.00) |

Case 2:06-cv-00546-WKW-CSC   Document 2-7   Filed 06/20/2006   Page 6 of 6

Trust Fund Resident Activity  LSS CORRECTIONS  Trust Fund Resident Activity
8/5/2005 8:58 AM  Resident Id: A202230  3 Of 3
From: 9/29/2003
To: 8/5/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| [+] | 295145 | 5/9/2005 4:18:54 PM | ROA | | Mailroom Receipts | $20.00 |
| [+] | 295703 | 5/10/2005 7:44:19 AM | Sale | | Scanned Sale | ($4.13) |
| [+] | 298173 | 5/11/2005 2:11:50 PM | Sale | | | ($3.50) |
| [+] | 302295 | 5/17/2005 7:26:59 AM | Sale | | Scanned Sale | ($10.58) |
| [+] | 304149 | 5/18/2005 2:03:08 PM | ROA | | Mailroom Receipts | $20.00 |
| [+] | 304850 | 5/19/2005 7:23:50 AM | Sale | | Scanned Sale | ($11.45) |
| [+] | 313983 | 5/31/2005 8:00:37 AM | Sale | | Scanned Sale | ($5.78) |
| [+] | 326981 | 6/14/2005 7:57:11 AM | Sale | | Scanned Sale | ($3.70) |
| [+] | 338803 | 6/28/2005 6:47:00 AM | Sale | | Scanned Sale | ($0.86) |
| [+] | 339133 | 6/28/2005 8:33:34 AM | ROA | | Mailroom Receipts | $10.00 |
| [+] | 341789 | 6/30/2005 8:49:49 AM | Transfer Funds | | 102104343142 | ($10.00) |
| [+] | 352564 | 7/12/2005 7:49:36 AM | ROA | | Mailroom Receipts | $30.00 |
| [+] | 355342 | 7/14/2005 7:32:25 AM | Sale | | Scanned Sale | ($17.23) |
| [+] | 360435 | 7/19/2005 7:51:01 AM | Sale | | Scanned Sale | ($2.58) |
| [+] | 363704 | 7/21/2005 2:07:27 PM | ROA | | Mailroom Receipts | $20.00 |
| [+] | 364253 | 7/22/2005 9:48:30 AM | Transfer Funds | | 343125181672 | ($10.00) |
| [+] | 367060 | 7/26/2005 8:24:26 AM | Sale | | Scanned Sale | ($19.31) |
| Ending Balance | | | | | | |
| [+] | | | | | | $0.96 |