IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

MARTHA JANE JOHNSON 202230,
   Plaintiff,

vs.                                                     Civil Action No. 2:06CV546-WKW

FRANK ALBRIGHT, Warden of Julia
   Tutwiler Prison,

CYNTHIA WHEELER, Administrative Captain of
   Julia Tutwiler Prison (JTP)

RICHARD ALLEN, Commissioner of Alabama
   Department of Corrections

KIM TOBIAS THOMAS, Counselor of Record for
   Alabama Department of Corrections (DOC)

ET AL,
         Defendants.

MOTION TO GRANT LEAVE FOR PREVIOUSLY USED PAPER AND OTHER HARDSHIP IMPACT AND CONSTITUTIONAL AND STATUTORY PROVISIONS RELIED ON FOR RELIEF HERE

COMES NOW, Plaintiff MARTHA JANE JOHNSON, pro se in the above-styled cause, to move this Honorable Court to grant leave for use of previously used paper and to disregard the wording on the back of original — due to hardship caused by JTP officials refusing to provide paper in violation of rules and law established by United States Supreme Court and other precedent quoted in Memorandum Brief and "Motion Seeking Urgent Injunction..." (see said accompanying documents) all written on previously used paper due to same hardship — and praying that wording on reverse side of each page be disregarded.

Due to state of mind of Plaintiff there will be repetition. It is prayed that this Court indulge a conscientious review of this distraught pro se plaintiff.

Haphazard delivery of requested books so limited and far between as to cause unwanted delay has caused filing without all the desired verbatims of Constitutional and Statutory Provisions. It is prayed this Court recognize the hardship of confinement in segregation to be a contributing factor and rely on references within bounds of the court for those not cited or quoted.

28 USC § 1331

"The District Courts shall have original jurisdiction of all civil actions arising under the constitution, laws or treaties of the United States."

28 USC § 1343(a) "The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to (her) person or property, or because of the deprivation of any right or privilege of a citizen of the United States by any act done in furtherance of any conspiracy mentioned in Section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in §1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation under color of any state law, statute, ordinance, custom or usage, of any right, privilege or immunity secured by the constitution of the United States or by any act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any act of Congress providing the protection of civil rights..."

42 USC §1983
"Every person who, under color of any statute, ordinance, regulation, custom or usage, of any state or territory of the District of Columbia, subjects or causes to be subjected, any citizen of the United States or other persons within the jurisdiction thereof, to the deprivation of any rights, privileges or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress..." [1]

United States Constitution Amendment 1
"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances."

Respectfully submitted,

*Martha Jane Johnson*
Martha Jane Johnson

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been caused to be served on the defendants as depicted at the end of the memorandum Brief accompanying this motion.

*Martha Jane Johnson*
Martha Jane Johnson

---

[1] 42 §1983 was taken from notes on Eldridge v Block, 832 F 2d 1132, fn 2 (9th Cir 1987); other statutes and Constitutional Amendments were quoted from USCS as made available