IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, #202230, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-546-WKW |
| ) | |
| FRANK ALBRIGHT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to utilize previously used paper filed by the plaintiff on June 20, 2006 (Court Doc. No. 4), and as this court routinely allows such action by inmates, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 26th day of June, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE