**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cynthia Wheeler, Warden
   Julia Tutwiler Prison
   8966 US Hwy 231
   Wetumpka, AL 36092

   2:06 CV 546-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Susie Mm_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Susie Mm
C. Date of Delivery: 6-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & Order

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7005 1820 0002 3465 0498

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frank Albright, Warden
   Julia Tutwiler Prison
   8966 US Hwy 231
   Wetumpka, AL 36092

   2:06 CV 546-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Susie Mm_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sus. e Mm
C. Date of Delivery: 6-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & Order

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7005 1820 0002 3465 0481

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   June Mason, Correctional Officer
   Julia Tutwiler Prison
   8966 US Hwy 231
   Wetumpka, AL 36092

   2:06 CV 546-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Susie Mm_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Susie Mm
C. Date of Delivery: 6-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cmp & Order

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7005 1820 0002 3465 0511

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154