IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-546-WKW |
| | )         (WO) |
| FRANK ALBRIGHT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge filed two Recommendations in this case (Docs. # 8 and 11) on June 26, 2006 and June 29, 2006, finding that the plaintiff's motion for a preliminary injunction is due to be denied and recommending that certain claims should be dismissed. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendations of the Magistrate Judge are ADOPTED.

2. The plaintiff's motion for preliminary injunction (Doc. # 3) is DENIED.

3. The following claims are dismissed:

    a. Those claims arising from actions which occurred on or before June 18, 2004 are dismissed with prejudice.

    b. The plaintiff's claims against Kim Tobias Thomas are dismissed with prejudice, and Kim Tobias Thomas is dismissed as a defendant in this case.

4. As to the remaining claims, this case is referred back to the Magistrate Judge for

further proceedings.

DONE this the 3rd day of August, 2006.

       /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE