IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA JANE JOHNSON (202230), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | **2:06-cv-546-WKW** |
| | * | |
| FRANK ALBRIGHT, et al, | * | |
| | * | |
| Defendants | * | |

## MOTION FOR AN ENLARGEMENT

**COME NOW** the Defendants, **Richard Allen, Frank Albright, Cynthia Wheeler, and June Mason**, by and through the Honorable Troy King, Attorney General for the State of Alabama, and moves this Honorable Court for an extension of time to respond to its order dated June 26, 2006 and, for grounds, state as follows:

*Defense counsel needs additional time to gather the information needed to prepare the special report.*

**WHEREFORE PREMISES CONSIDERED** defense counsel requests an additional **twenty (20) days** to file an answer and special report addressing the Plaintiff's claims.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
11 South Union Street
Montgomery, AL  36130
Phone: 334-353-5305
Fax: 334-242-2433
Email: bcarmack@ago.state.al.us


**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 3rd day of August, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Martha Jane Johnson
AIS #: 202230
Julia Tutwiler Prison – Seg 8
8966 US Hwy 231
Wetumpka, AL  36092-5843**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433