County: 26    Case Number: CC-1998-000220.00    Charge    MURD
Name: JOHNSON MARTHA JANE

## Case Information

| | | | |
|---|---|---|---|
| County: 26 - DALE | Case Number: CC-1998-000220.00 | JID: CLW CHARLES L. WOODS | DEF status: J Jail |
| Filed: 06/26/1998 | AAGCY: C County | Muni N°: 00 | City: |
| Arrest date: 04/17/1998 | Offe date: 03/30/1998 | ORI: | Officer: ROBERTS |
| Indict date: 06/25/1998 | Grand jury: 000054 | Atty 1: KOM001A | Ticket N°: |
| Tracking N°'s: CC199800022062/ 0/ 0 | | | |
| Date: 02/11/1999 | Que: 001 | Time: 01:15 PM | Desc: MOTD MOTION FOR NEW TR |

## Defendant Information

| | | | |
|---|---|---|---|
| Name: JOHNSON MARTHA JANE | | Alias 1: | Alias 2: |
| DOB: 05/17/1952 | SSN: 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 | | Driv License N°: |
| Height: 5'07" | Weight: 190 | Race/Sex: White /F | Eyes/Hair: BLU/BRO |
| SID: 0 | YDate: | AIS: 000202230 | PR: 0 |
| Address 1: AIS# 202230-6 | | Address 2: 8966 US HWY 231 | |
| Zip: 36092-5343 | City: WETUMPKA | State: AL | Country: US |

## Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: EME005 | Attorney 1: KOM001 A | Attorney 2: |
| Prosecutor Flag: N | Attorney 1 Flag: | Attorney 2 Flag: Y |

## Warrant Information

| | | |
|---|---|---|
| Warrant Date: 04/22/1999 | WARACT: | WARLOC: |
| BP ISS: | BP RTN: | |

## Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: MURD | Statute: MURDER | Stat Name: 13A-006-002 | Class/Categ: F PE | Counts: 1 |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: | Dom Viol: | Case Type: F | Case Categ: PE | |
| Comment: | | | | |

## Bonding Information

| | | |
|---|---|---|
| Bond amt: 50000.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: W 001 |
| Jury Demand: | | Appeal Date: S |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 02/11/1999 | 001 | 01:15 PM | MOTD - MOTION FOR NEW TR |
| 2: | | 001 | | - |
| 3: | | | | - |
| 4: | | | | - |

**EXHIBIT A**

Case 2:06-cv-00546-WKW-CSC    Document 16-2    Filed 08/18/2006    Page 2 of 14

## Disposition

| | | | |
|---|---|---|---|
| CRT ACT: C Convicted | CA date: 11/20/1998 | Jury: | More: |
| Charge 1: MURD MURDER  13A-006-002  F A | | Counts: 001 | CA: 11/20/1998 |
| Charge 2: | | Counts: | CA: |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: 03/08/1999 | CAPP: | Type: S | GJCA: |
| Cont Dt: | Why: | Cont N° : 0 | Dom Viol: |
| Comment: | | | |
| Case Compl: Y | Sent Prov: Y | Due: | |
| Warr: 2 | SUBP:  X SUBP: | Updated: 03/06/2000 | |

## Sentence

### Sentence

| | | | |
|---|---|---|---|
| Sent: 07/22/1998 | Begin: 12/14/1998 | End: 0 | PRB Beg: |
| IMP CONF: 00 00 000 | SUSP CONF: 00 00 000 | Total Conf: 00 00 000 | Jail Cred: 00 08 003 |
| LICN Susp: 00 00 000 | Probation: 00 00 000 | PRB Rev: | |

### Monetary

| | | | | |
|---|---|---|---|---|
| X Cost: | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: 0 | ASU: |
| PREL: X | DRUG: | X RCUP: 0.00 | | |
| RES1: X 10000.00 R001 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | |
|---|---|---|---|---|---|
| X PENT: | X LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: 0  EMON: 0 |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: 0 |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: 0  SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER:  DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | |
|---|---|---|---|
| SEC/CUR: X | | | |
| Comment: | | | |
| Bal Due: | Due: | CRO: | Updated:  Cost: 03/08/1999 |

## Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 30/1998 | 9:10:57 | FILE | FILED THIS DATE: 06/26/98 | SHS |
| 30/1998 | 9:10:58 | INDT | DEFENDANT INDICTED ON: 06/25/98 | SHS |
| 30/1998 | 9:10:59 | CHG1 | CHARGE AT FILING OF: MURDER | SHS |
| 30/1998 | 9:11:00 | ATY2 | ATTORNEY FOR DEFENDANT: ADAMS, THOMAS KIRKE | SHS |
| 30/1998 | 9:11:00 | ATY1 | ATTORNEY FOR DEFENDANT: QUATTLEBAUM, KENNETH | SHS |
| 30/1998 | 9:11:00 | DAT1 | SET FOR: ARRAIGNMENT ON 07/28/98 AT 0900A | SHS |
| 30/1998 | 9:11:00 | OFDT | OFFENSE DATE OF: 03/30/98 | SHS |
| 30/1998 | 9:11:00 | ARRS | DEFENDANT ARRESTED ON: 04/17/98 | SHS |
| 30/1998 | 9:11:00 | BOND | BOND SET FOR: $50000.00 | SHS |
| 10/1998 | 3:20:00 | DOCK | DOCKET NOTICE MAILED ON 07/11/98 | SHS |
| 10/1998 | 3:21:00 | DOCK | DOCKET NOTICE MAILED ON 07/11/98 | SHS |
| 10/1998 | 3:21:36 | DOCK | DOCKET NOTICE MAILED ON 07/11/98 | SHS |
| 16/1998 | 8:08:17 | TEXT | MOTION & AFFIDAVIT FOR APPROVAL OF OVERHEAD | SHS |
| 16/1998 | 8:08:18 | TEXT | EXPENSES FILED BY HON QUATTLEBAUM   PBM | SHS |
| 22/1998 | 8:57:34 | PROV | PROVISION ADDED: LIFE | SHS |
| 22/1998 | 9:00:22 | PROV | PROVISION ADDED: COURT COSTS | SHS |
| 22/1998 | 9:00:23 | PROV | PROVISION ADDED: RESTITUTION | SHS |
| 22/1998 | 9:00:24 | PROV | PROVISION ADDED: CRIME VICTIM | SHS |
| 22/1998 | 9:00:25 | PROV | PROVISION ADDED: RECOUPMENT | SHS |
| 22/1998 | 9:00:26 | PROV | PROVISION ADDED: CONCURRENT SENTENCES | SHS |
| 22/1998 | 9:00:27 | PROV | PROVISION ADDED: PENITENTIARY | SHS |
| 22/1998 | 9:10:36 | JLCD | JAIL CREDIT GRANTED IN AMOUNT OF: 00Y 08M 003D | SHS |
| 22/1998 | 2:22:58 | PROV | PROVISION ADDED: PRELIMINARY | FRB |
| 22/1998 | 3:10:26 | APPL | CASE APPEALED ON:     03/05/99 | SHS |
| 22/1998 | 3:16:42 | APPL | CASE APPEALED ON:     00/00/00 | SHS |
| 22/1998 | 3:44:47 | APPL | CASE APPEALED ON:     03/08/99 | SHS |
| 28/1998 | 2:46:22 | DAT1 | SET FOR: TRIAL ON 11/16/98 AT 0900A | FRB |
| 28/1998 | 2:47:28 | TEXT | DEF ARRAIGNED IN OPEN COURT & PLEADS NOT GUILTY | FRB |
| 28/1998 | 2:47:29 | TEXT | KIRKE ADAM APPEARED WITH DEFENDANT. DO NOT PLACE | FRB |
| 28/1998 | 2:47:30 | TEXT | ON SEPT DOCKET. /PBM/ | FRB |
| 28/1998 | 2:50:21 | TEXT | MOTION FOR COURT ORDERED MENTAL EXAMINATION OF | FRB |
| 28/1998 | 2:50:22 | TEXT | DEFENDANT FILED BY HON QUATTLEBAUM | FRB |
| 05/1998 | 1:39:00 | TEXT | FILED. /PBM/ | FRB |
| 05/1998 | 1:08:58 | TEXT | ORDER FOR OUT-PATIENT EVALUATION OF DEFENDANT'S | FRB |
| 05/1998 | 1:08:59 | TEXT | COMPETENCY AND MENTAL STATE AT THE TIME OF THE | FRB |
| 24/1998 | 3:04:10 | TEXT | FORENSIC PSYCHOLOGICAL EVALUATION FILED | FRB |
| 10/1998 | 4:13:00 | TEXT | MOTION FOR CHANGE OF VENUE FILED BY HON QUATTLEBAU | SHS |
| 10/1998 | 4:13:01 | TEXT | FILE SENT TO JUDGE MCLAUCHLIN | SHS |
| 15/1998 | 9:42:47 | TEXT | WILL HEAR MOTION FOR CHANGE OF VENUE AFTER VOIR | SHS |
| 15/1998 | 9:42:48 | TEXT | DIRE  PBM | SHS |
| 22/1998 | 3:41:44 | TEXT | MOTION FOR DISCOVERY FILED BY HON QUATTLEBAUM PBM | SHS |
| 24/1998 | 11:47:20 | TEXT | DISCOVERY ORDER FILED | FRB |
| 01/1998 | 9:27:10 | TEXT | CORRECTIVE MOTION FOR CHANGE OF VENUE FILED BY | SHS |
| 01/1998 | 9:27:11 | TEXT | HON QUATTLEBAUM  PBM | SHS |
| 01/1998 | 1:33:12 | TEXT | WILL HEAR AFTER VOIR DIRE  PBM | SHS |
| 28/1998 | 3:21:00 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 3:21:00 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 3:22:00 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 3:22:10 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 3:22:59 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 3:23:00 | DOCK | DOCKET NOTICE MAILED ON 10/29/98 | SHS |
| 28/1998 | 1:04:32 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 28/1998 | 1:09:08 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 02/1998 | 1:49:40 | PRTY | PARTY ADDED  W002  BUDDY AMMONS | BIR |
| 02/1998 | 1:50:04 | PRTY | PARTY ADDED  W003  BRIAN AMMONS | BIR |

| Date | Time | Code | Description | Init |
|---|---|---|---|---|
| 02/1998 | 1:50:53 | PRTY | PARTY ADDED W004 RICHARD ST. JOHN | BIR |
| 02/1998 | 1:51:12 | PRTY | PARTY ADDED W005 MARK JOHNSON | BIR |
| 02/1998 | 1:52:21 | PRTY | PARTY ADDED W006 DR. ALFREDO PAREDES | BIR |
| 02/1998 | 1:52:57 | PRTY | PARTY ADDED W007 GARY JERKINS | BIR |
| 02/1998 | 1:53:19 | PRTY | PARTY ADDED W008 KEITH COOK | BIR |
| 02/1998 | 1:53:40 | PRTY | PARTY ADDED W009 RICHARD ODOM | BIR |
| 02/1998 | 1:54:28 | PRTY | PARTY ADDED W010 JONATHAN BLAND | BIR |
| 02/1998 | 1:56:05 | PRTY | PARTY ADDED W011 GARY CARTEE | BIR |
| 02/1998 | 1:56:37 | PRTY | PARTY ADDED W012 DAVE ELKINS | BIR |
| 02/1998 | 1:57:19 | PRTY | PARTY ADDED W013 J. L. HUTTO | BIR |
| 02/1998 | 1:57:43 | PRTY | PARTY ADDED W014 JAMIE HUTTO | BIR |
| 02/1998 | 1:58:33 | PRTY | PARTY ADDED W015 DR. MICHAEL D'ERRICO | BIR |
| 02/1998 | 1:59:28 | PRTY | PARTY ADDED W016 SABRA PARKER | BIR |
| 02/1998 | 2:00:30 | PRTY | PARTY ADDED W017 CATHERINE MCGEE | BIR |
| 02/1998 | 2:01:01 | PRTY | PARTY ADDED W018 PAULETTE BROGON | BIR |
| 02/1998 | 2:01:49 | PRTY | PARTY ADDED W019 DR. PETER JENSEN | BIR |
| 02/1998 | 2:02:52 | PRTY | PARTY ADDED W020 ROSE MARIE WARD | BIR |
| 02/1998 | 2:03:39 | PRTY | PARTY ADDED W021 MARC CREWS | BIR |
| 02/1998 | 2:04:17 | PRTY | PARTY ADDED W022 SGT. CRAWFORD | BIR |
| 02/1998 | 2:05:01 | PRTY | PARTY ADDED W023 OFFICER BRIAN REWOLINSKI | BIR |
| 02/1998 | 2:06:13 | PRTY | PARTY ADDED W024 RON HUTCHINSON | BIR |
| 02/1998 | 2:07:23 | PRTY | PARTY ADDED W025 BILL MERRIWATHER | BIR |
| 02/1998 | 2:15:57 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 02/1998 | 4:21:03 | PRTY | PARTY ADDED W026 LORA SHEVLIN | SHS |
| 02/1998 | 4:21:39 | PRTY | PARTY ADDED W027 DR PETER J JENSEN | SHS |
| 02/1998 | 4:23:12 | PRTY | PARTY ADDED W028 DR WILLIAM E REYNOLDS | SHS |
| 02/1998 | 4:24:22 | PRTY | PARTY ADDED W029 JEFF RAYKER NEW DIR WTVY | SHS |
| 02/1998 | 4:24:54 | PRTY | PARTY ADDED W030 DAVID ROBERSON GEN MGR WDHN | SHS |
| 02/1998 | 4:25:39 | PRTY | PARTY ADDED W031 KELLI S HEWETT EAGLE STAFF | SHS |
| 02/1998 | 4:26:20 | PRTY | PARTY ADDED W032 BETTY GROOM REP DALEVILLE SU | SHS |
| 03/1998 | 1:41:26 | PRTY | PARTY ADDED W033 ANNIE BELL MORSE | BIR |
| 03/1998 | 1:46:22 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 04/1998 | 8:20:11 | SERC | SERVICE OF SERVED PERSON ON 110398 FOR W007 | SHS |
| 06/1998 | 8:32:49 | PRTY | PARTY ADDED W034 A CRAIG BAILEY | SHS |
| 06/1998 | 8:38:16 | PRTY | PARTY ADDED W035 MARC CREWS | SHS |
| 06/1998 | 9:18:44 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W016 | LJW |
| 06/1998 | 9:19:07 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W020 | LJW |
| 06/1998 | 2:33:56 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W007 | SHS |
| 06/1998 | 2:35:16 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W008 | SHS |
| 06/1998 | 2:35:26 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W004 | SHS |
| 06/1998 | 2:35:37 | SERC | SERVICE OF SERVED PERSON ON 110498 FOR W005 | SHS |
| 06/1998 | 2:49:24 | PRTY | PARTY ADDED W036 SHERIFF BRYANT MIXON | SHS |
| 09/1998 | 2:48:51 | PRTY | PARTY ADDED W037 KNOVIE STRICKLAND | BIR |
| 09/1998 | 2:49:14 | PRTY | PARTY ADDED W038 PHILLIP HUTTO | BIR |
| 09/1998 | 3:14:43 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 09/1998 | 3:15:52 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 10/1998 | 11:36:20 | PRTY | PARTY ADDED W039 DR. LAURA SHEVLIN | BIR |
| 10/1998 | 11:42:55 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 10/1998 | 2:15:24 | SERC | SERVICE OF SERVED PERSON ON 110898 FOR W024 | SHS |
| 10/1998 | 2:17:48 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W019 | SHS |
| 10/1998 | 2:18:03 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W027 | SHS |
| 10/1998 | 2:18:17 | SERC | SERVICE OF SERVED PERSON ON 110698 FOR W009 | SHS |
| 10/1998 | 2:18:31 | SERC | SERVICE OF SERVED PERSON ON 110698 FOR W012 | SHS |
| 10/1998 | 2:18:49 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W021 | SHS |
| 10/1998 | 2:19:27 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W006 | SHS |
| 10/1998 | 2:21:54 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W030 | SHS |
| 10/1998 | 2:22:03 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W029 | SHS |
| 10/1998 | 2:22:23 | SERC | SERVICE OF SERVED PERSON ON 110698 FOR W036 | SHS |

Case 2:06-cv-00546-WKW-CSC    Document 16-2    Filed 08/18/2006    Page 8 of 14

| Date | Time | Code | Description | Init |
|---|---|---|---|---|
| 10/1998 | 2:23:01 | SERC | SERVICE OF SERVED PERSON ON 110598 FOR W001 | SHS |
| 10/1998 | 2:23:27 | SERC | SERVICE OF SERVED PERSON ON 110798 FOR W018 | SHS |
| 10/1998 | 2:23:35 | SERC | SERVICE OF SERVED PERSON ON 110798 FOR W014 | SHS |
| 12/1998 | 12:55:45 | SERC | SERVICE OF ON 110998 FOR W031 | FRB |
| 12/1998 | 12:55:57 | SERC | SERVICE OF SERVED PERSON ON 110998 FOR W031 | FRB |
| 12/1998 | 12:58:06 | SERC | SERVICE OF SERVED PERSON ON 110998 FOR W033 | FRB |
| 13/1998 | 8:26:04 | SERC | SERVICE OF SERVED PERSON ON 111098 FOR W025 | SHS |
| 13/1998 | 8:26:36 | SERC | SERVICE OF OTHER ON 111398 FOR W017 | SHS |
| 13/1998 | 9:03:49 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 13/1998 | 11:08:06 | SERC | SERVICE OF SERVED PERSON ON 110998 FOR W010 | SHS |
| 16/1998 | 9:46:34 | PRTY | PARTY ADDED W040 WILLIAM BLACKMON | BIR |
| 16/1998 | 9:49:14 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 16/1998 | 10:37:04 | TEXT | DEF WITHDRAWS MOTION FOR CHANGE OF VENUE & FURTHER | SHS |
| 16/1998 | 10:37:05 | TEXT | WITHDRAWS HER PLEA OF NOT GUILTY BY REASON OF | SHS |
| 16/1998 | 10:37:06 | TEXT | MENTAL DEFECT OR MENTAL DISEASE CLW | SHS |
| 16/1998 | 10:41:39 | TEXT | JURY STRUCK & QUALIFIED | SHS |
| 16/1998 | 11:56:30 | SERC | SERVICE OF SERVED PERSON ON 111398 FOR W017 | SHS |
| 16/1998 | 1:16:03 | PRTY | PARTY ADDED W041 JENNIFER LYNN WARNER | BIR |
| 16/1998 | 1:17:32 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 16/1998 | 3:38:54 | SERC | SERVICE OF SERVED PERSON ON 111098 FOR W013 | SHS |
| 16/1998 | 3:39:24 | SERC | SERVICE OF SERVED PERSON ON 111098 FOR W002 | SHS |
| 16/1998 | 3:39:52 | SERC | SERVICE OF SERVED PERSON ON 111098 FOR W023 | SHS |
| 16/1998 | 3:40:01 | SERC | SERVICE OF SERVED PERSON ON 111098 FOR W022 | SHS |
| 17/1998 | 10:35:51 | PRTY | PARTY ADDED W042 ELIZABETH DUKES | SHS |
| 17/1998 | 10:36:32 | PRTY | PARTY ADDED W043 MICKEY WELCH | SHS |
| 17/1998 | 4:13:51 | SERC | SERVICE OF SERVED PERSON ON 111798 FOR W042 | SHS |
| 17/1998 | 4:13:55 | SERC | SERVICE OF SERVED PERSON ON 111798 FOR W043 | SHS |
| 18/1998 | 11:43:40 | SERC | SERVICE OF SERVED PERSON ON 111698 FOR W021 | THT |
| 20/1998 | 8:10:39 | SERC | SERVICE OF OTHER ON 111898 FOR W037 | THT |
| 20/1998 | 10:41:39 | TEXT | CASE TRIED TO JURY JURY RETURNED THE FOLLOWING | SHS |
| 20/1998 | 10:41:40 | TEXT | VERDICT WE THE JURY FIND THE DEF GUILTY OF | SHS |
| 20/1998 | 10:41:41 | TEXT | MURDER AS CHARGED ON THE IND ON THE VERDICT OF | SHS |
| 20/1998 | 10:41:42 | TEXT | JURY THE COURT FINDS THE DEF GUILTY & ADJS THE | SHS |
| 20/1998 | 10:41:43 | TEXT | DEF GUILTY & SENTENCING DELAYED FOR SENTENCING | SHS |
| 20/1998 | 10:41:44 | TEXT | HEARING PRE-SENTENCE INVESTIGATION ORDERED | SHS |
| 20/1998 | 10:41:45 | TEXT | JURY POLLED UNANIMOUS VERDICT PBM | SHS |
| 20/1998 | 10:41:57 | DISP | DISPOSED ON: 11/20/98 BY CONVICT | SHS |
| 20/1998 | 10:41:58 | CHG1 | CHARGE AT DISPOSITION: MURDER | SHS |
| 30/1998 | 8:06:30 | TEXT | COURT WILL ADDRESS MOTION FOR APPT OF NEW COUNSEL | SHS |
| 30/1998 | 8:07:06 | TEXT | AT SENTENCING HEARING ON 12/14/98 @ 1:30 PM CLW | SHS |
| 30/1998 | 9:16:17 | TEXT | MOTION FOR APPOINTMENT OF NEW COUNSEL FILED BY | SHS |
| 30/1998 | 9:16:18 | TEXT | DEF | SHS |
| 02/1998 | 8:07:41 | DAT1 | SET FOR: SENTENCING DKT/HE ON 12/14/98 AT 0130P | SHS |
| 03/1998 | 11:05:16 | SERC | SERVICE OF OTHER ON 111598 FOR W032 | FRB |
| 03/1998 | 11:10:00 | SERC | SERVICE OF OTHER ON 111598 FOR W028 | FRB |
| 03/1998 | 11:10:26 | SERC | SERVICE OF OTHER ON 112398 FOR W003 | FRB |
| 03/1998 | 11:11:35 | SERC | SERVICE OF OTHER ON 112398 FOR W038 | FRB |
| 09/1998 | 9:33:55 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 09/1998 | 9:34:15 | SUBP | WITNESS SUBPOENA ISSUED | BIR |
| 11/1998 | 11:17:48 | TEXT | REPORT OF INVESTIGATION FILED BY P/P | SHS |
| 14/1998 | 8:49:44 | TEXT | VICTIM'S IMPACT REPORT FILED | SHS |
| 14/1998 | 8:56:58 | TEXT | DEF SENTENCED TO LIFE IMPRISONMENT DEF TO PAY CC | SHS |
| 14/1998 | 8:56:59 | TEXT | 50.00 VCF IAF & RESTITUTION OF 10,000.00 TO CRIME | SHS |
| 14/1998 | 8:57:00 | TEXT | VICTIMS COMPENSATION COMMISSION & ANY OTHER | SHS |
| 14/1998 | 8:57:00 | TEXT | RESTITUTION IN AN AMOUNT TO BE DETERMINED HON BILL | SHS |
| 14/1998 | 8:57:00 | TEXT | KOMINOS APPTD TO REPRESENT DEF ON MOTION FOR NEW | SHS |
| 14/1998 | 8:57:00 | TEXT | TRIAL & APPEAL PURPOSES IF NECESSARY DEF TO BE | SHS |
| 14/1998 | 8:57:00 | TEXT | GIVEN CREDIT FOR ALL TIME SERVED ON THIS CASE | SHS |

| Date | Time | Code | Description | Init |
|---|---|---|---|---|
| 14/1998 | 8:57:00 | TEXT | THIS SENTENCE TO RUN CONCURRENT WITH HOUSTON CO | SHS |
| 14/1998 | 8:57:00 | TEXT | CASE COURT ORDERS THAT A TRANSCRIPT BE PROVIDED | SHS |
| 14/1998 | 8:57:00 | TEXT | TO DEF'D NEW COUNSEL DEF WITHDRAWS ANY POST TRIAL | SHS |
| 14/1998 | 8:57:00 | TEXT | PRO SE MOTIONS THAT SHE HAS FILED EXCEPT THE | SHS |
| 14/1998 | 8:57:00 | TEXT | MOTION FOR NEW COUNSEL WITHDRAWAL GRANTED  CLW | SHS |
| 14/1998 | 8:57:34 | BEGN | SENTENCE TO BEGIN ON: 12/14/98 | SHS |
| 15/1998 | 8:58:04 | ATY1 | ATTORNEY FOR DEFENDANT: KOMINOS, BILL | SHS |
| 15/1998 | 9:02:56 | PRTY | PARTY ADDED  R001  CRIME VICTIMS COMP COMM | SHS |
| 15/1998 | 9:11:47 | TRSC | TRANSCRIPT OF RECORD ISSUED 121598 | SHS |
| 16/1998 | 2:32:14 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 12/17/98 | AOC |
| 16/1998 | 7:56:38 | SERC | SERVICE OF OTHER         ON 121698 FOR W002 | SHS |
| 16/1998 | 7:59:47 | SERC | SERVICE OF OTHER         ON 121698 FOR W001 | SHS |
| 05/1999 | 3:56:28 | TEXT | DEF'S MOTION TO SET APPEAL BOND & MOTION FOR NEW | SHS |
| 05/1999 | 3:56:29 | TEXT | TRIAL FILED BY HON KOMINOS  CLW | SHS |
| 06/1999 | 10:51:07 | DUED | PAYMENT DUE DATE SET TO 11/20/98 | SHS |
| 06/1999 | 10:51:08 | BEGD | BEGIN DATE SET TO 11/20/98 | SHS |
| 06/1999 | 10:51:09 | DOCK | DATE 5 QUEUE CHANGED TO 001 | SHS |
| 07/1999 | 11:31:31 | ESTA | ENFORCEMENT STATUS CHANGED TO: K | SHS |
| 07/1999 | 1:58:12 | TEXT | DEF'S MOTION TO SET APPEAL BOND & MOTION FOR NEW | SHS |
| 07/1999 | 1:58:13 | TEXT | TRIAL IS SET FOR HEARING ON 1/15/99 @ 10:00 AM | SHS |
| 07/1999 | 1:58:50 | DAT1 | SET FOR: HEARING ON 01/15/99 AT 1000A | SHS |
| 11/1999 | 1:55:52 | TEXT | ANSWER TO MOTION FOR APPEAL BOND FILED BY DA'S | SHS |
| 11/1999 | 1:55:53 | TEXT | OFFICE | SHS |
| 15/1999 | 11:47:31 | TEXT | HEARING ON MOTION FOR NEW TRIAL IS CONT'D FOR | SHS |
| 15/1999 | 11:47:32 | TEXT | THE TRANSCRIPT THE MOTION FOR APPEAL BOND | SHS |
| 15/1999 | 11:47:33 | TEXT | DENIED LIEF SENTENCE IMPOSED  CLW | SHS |
| 28/1999 | 1:55:15 | DAT1 | SET FOR: MOTION FOR NEW TR ON 02/11/99 AT 0115P | SHS |
| 28/1999 | 2:14:43 | TEXT | HEARING ON MOTION FOR NEW TRIAL IS RESET FOR | SHS |
| 28/1999 | 2:14:44 | TEXT | 2/11/99 @ 1:15 PM  CLW | SHS |
| 01/1999 | 9:50:55 | TEXT | ATTORNEY'S FEE DECLARATION FILED | FRB |
| 09/1999 | 1:18:24 | TEXT | TRANSPORT ORDER | SHS |
| 11/1999 | 2:50:04 | TEXT | MOTION FOR NEW TRIAL HAVING BEEN HEARD BY THE | SHS |
| 11/1999 | 2:50:05 | TEXT | COURT IS HEREBY DENIED  CLW | SHS |
| 19/1999 | 3:50:55 | TEXT | ATTY FEE FILED BY HON KOMINOS | SHS |
| 08/1999 | 3:45:40 | TEXT | NOTICE OF APPEAL REPORTER'S TRANSCRIPT & DOCKETING | SHS |
| 08/1999 | 3:45:41 | TEXT | STATEMENT FILED BY HON KOMINOS | SHS |
| 11/1999 | 1:52:16 | TEXT | COURT REPORTER FEE DECLARATION FILED | SHS |
| 15/1999 | 1:52:16 | TEXT | CERTIFICATE OF COMPLETION & TRANSMITTAL OF RECORD | SHS |
| 15/1999 | 1:52:17 | TEXT | ON APPEAL BY TRIAL CLERK | SHS |
| 26/1999 | 4:21:06 | TEXT | ATTY FEE FILED BY HON ADAMS | SHS |
| 14/1999 | 2:54:27 | ESTA | ENFORCEMENT STATUS CHANGED TO: P | SHS |
| 21/1999 | 2:43:00 | PSTA | ENFORCEMENT PLACEMENT STATUS CHANGED TO: D | SHS |
| 22/1999 | 11:37:21 | FTPW | FTP WARRANT ISSUED  042299 | BIR |
| 30/1999 | 3:24:38 | D001 | ENF STATUS SET TO: "J"          (EC01) | SHS |
| 10/1999 | 8:57:11 | TEXT | AN ADDITIONAL AMOUNT OF VICTIM'S COMP IN THE SUM | SHS |
| 10/1999 | 8:57:12 | TEXT | 2,030.00 IS HEREBY TAXED AGAINST THE DEF | SHS |
| 11/1999 | 8:54:30 | D001 | PAYMENT FREQUENCY SET TO: "L"          (FE36) | SHS |
| 18/1999 | 10:06:00 | ATTH | CAS ATTACHMENT PRINTED          (AR08) | SHS |
| 18/1999 | 10:11:50 | TEXT | MEMORANDUM FROM CT OF CRIM APPLS AFFIRMED BY | SHS |
| 18/1999 | 10:11:51 | TEXT | MEMORNDUM | SHS |
| 16/1999 | 10:47:02 | TEXT | NOTICE FROM CT OF CRIM APPLS APPLICATION FOR | SHS |
| 16/1999 | 10:47:03 | TEXT | REHEARING OVERRULED MOTION DENIED | SHS |
| 25/1999 | 8:31:02 | TEXT | CERTIFICATE OF JUDGMENT FILED BY THE COURT OF | FRB |
| 25/1999 | 8:31:03 | TEXT | CRIMINAL APPEALS. JUDGMENT OF THE COURT BELOW IS | FRB |
| 25/1999 | 8:31:04 | TEXT | AFFIRMED. | FRB |
| 07/2000 | 9:20:31 | TEXT | REVISION & MODIFIED REQUEST TO COMPEL DISCOVERY | SHS |
| 07/2000 | 9:20:32 | TEXT | REQUEST FOR PRODUCTION FILED PRO-SE  CLW | SHS |
| 06/2000 | 11:01:25 | ADD1 | ADDR1 CHANGED FROM: #88 PINEBROOK TRAILER PK(AR01) | SHS |

Case 2:06-cv-00546-WKW-CSC    Document 16-2    Filed 08/18/2006    Page 12 of 14

 *Alacourt.com    8/15/2006    7*

| Date | Time | Code | Description | User |
|---|---|---|---|---|
| '06/2000 | 11:01:26 | CITY | HOME CITY CHANGED FROM: ENTERPRISE    (AR01) | SHS |
| '06/2000 | 11:01:27 | BDTE | BIRTH DATE CHANGED FROM: 04/17/1952    (AR01) | SHS |
| '06/2000 | 11:01:28 | TRK# | PRIOR 3 ENTRIES RESULT FROM CC199800022062  (AR01) | SHS |
| '27/2001 | 8:04:40 | TEXT | ATTY FEE FILED BY HON ROBISON | SHS |

**END OF THE REPORT**

Case 2:06-cv-00546-WKW-CSC   Document 16-2   Filed 08/18/2006   Page 14 of 14