## ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, **Pamela Vaughans**
                                 NAME

**Classification Specialist**, **Tutwiler Prison**,
       TITLE                       INSTITUTION

**May 18, 2006**, THAT INMATE **Martha Johnson**,
     DATE                           NAME

**W/F**, AIS # **202230**, **Tutwiler**,
 R/S                          INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| Annie Morse | W/F | 244675 | Tutwiler |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

BOC #252

N 252

EXHIBIT C