## STATEMENT OF FACTS

On 5/18/06, Sgt. Mills escorted inmate Martha Johnson, W/F, #202230, to Ms. Vaughans office. She explained that Johnson was observed by CO-I, D. Tucker engaged in a confrontation with inmate, Annie Morse #244675, which was instigated by Johnson. Sgt. Mills indicated that due to the nature of the dispute, a potential enemy situation exists.

Ms. Vaughans interviewed both inmates separately. Inmate Johnson admitted to making the statement loud enough for inmate Morse, who was in pill line, to hear, "I lost my 1998 appeal due to inmate lies, isn't that right Annie Morse." Inmate Johnson said the 14th amendment gives the right to free speech and this is why she made the statement. She accused inmate Morse of being a liar, would not try to harm Morse in any way, but does not wish to remain housed in the same dormitory with Morse. Johnson requested that Inmate Morse be transferred to Louisiana because she (Johnson) could not go back due to being SML. However, throughout the interview Johnson referred to inmate Morse as crazy and a liar. Johnson seems to harbor a great deal resentment towards inmate Morse.

Inmate Morse indicated that she did provide testimony against inmate Johnson in 1998. She denied being a liar; she had been fitted with a wire and Johnson admitted on taped to killing her (Johnson) husband. Morse expressed frustration that Johnson was still holding an eight-year-old grudge. She denied fearing for her life, but did say that two inmates told her inmate Johnson had been saying she was going to kill Morse. Inmate Morse declined to provide the names of inmates who alleged Johnson threatened her (Morse) life. Morse said she'd prefer to be assigned to another dorm but would not try to harm Inmate Johnson in any manner if they remained in the same dormitory.

An enemy validation committee was convened by Ms. Vaughans and included Warden Albright, Sgt. Mills, Sgt. Near, and Laquanna Turner, ASA. All committee members agreed to validate Inmate Johnson and Inmate Morse, both of whom were present, as enemies based on interviews with both inmates. Warden Albright decided that both inmates would alternate being housed in Dorm 5, the Restriction Dorm every 4 months beginning with Johnson. Inmate Johnson was then escorted to Dorm 5 and Morse returned to Dorm 9.

*Attachments As Necessary.

EXHIBIT D