IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Martha Jane Johnson, #202230

    Plaintiff,               CIVIL ACTION No.2:06-CV-546-WKW

v.

Albright, et al.

    Defendants.

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear June Mason, who being duly sworn deposes and makes the following statement:

My name is June Mason. I am an individual over the age of nineteen years and I am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U.S. Highway 231, Wetumpka, Alabama. I am currently employed in the capacity of Correctional Officer I . I am named a defendant in this case.

I have read the complaint in the above referenced case and make the following statement in defense thereof: I did not play a role in the process of Inmate Johnson being placed in protective custody.

In regard to Inmate Johnson's allegations of my destroying her legal papers, I vehemently deny this claim. Inmate Johnson's unit was not clean and it was very cluttered. Inmates are supposed to keep their living areas in a neat and orderly condition and as an officer it is a part of my duty to ensure that cleanliness of the prison is being carried out. I gave Inmate Johnson a large trash liner in order to keep her excessive papers from lying all over the floor which posed a safety hazard to Inmate Johnson and any officer that entered her cell. Inmate Johnson had been placed in segregation on May 24, 2006 and on May 26, 2006 at approximately


EXHIBIT E

10:00 p.m. Inmate Johnson's segregation unit was still cluttered. Two days is more than enough time to make certain that her belongings and legal papers were arranged in a neat and orderly manner. (See attached duty post log dated 5-26/2006)

On the date of the incident in question regarding inmate Martha Johnson, I, Officer June Mason, was conducting a routine shakedown in segregation. Inmate Johnson had a very messy area with papers everywhere in her cell. Papers were on the floor covering the floor area, falling out of the drawer, which could not close. There were papers in front of the grill and up against the wall, in which, prohibited me from completing a thorough shakedown due to the clutter. Inmate Johnson was given a large 30-gallon trash bag to put her papers into by me. During this process several empty cereal bags were confiscated. No papers or the items placed in the garbage bag were confiscated from inmate Johnson. However, inmate Johnson did ask me several times why was I taking her empty cereal bags.

_____ Affiant



Sworn to and subscribed before me this ___27th___ day of July 2006.

_____ Notary Public

My commission expires 04/27/2010.

