## APPROVED INCENTIVE BOX CHECK LIST

INMATE NAME _Johnson, Martha_  AIS# _202230_  DORM# _Seg_

**HYGIENE ITEMS**

| ITEM | LIMIT | # RECEIVED |
|---|---|---|
| Deodorant (Stick or roll on only) | Not to exceed 4 | 4 |
| Lotion (Clear plastic container-non scented) | 2 only-not to exceed 16 oz. | 2 |
| Shampoo (Clear plastic container) | 2 only-not to exceed 16 oz. | 2 |
| Conditioner (Clear plastic container) | 2 only-not to exceed 16 oz. | |
| Soap (Bars only) | Not to exceed 4 | |
| Toothbrush | Not to exceed 2 | 2 |
| Toothpaste | 2 tubes | 2 |
| Face Cream | 2 no glass container | |
| Fixodent | 2 | |

**CLOTHING ITEMS**

| ITEM | LIMIT | # RECEIVED |
|---|---|---|
| Tee shirts white crew neck | 6 | 3 |
| Panties-briefs only no lace | 6 | 5 |
| Socks white only | 6 | 10 |
| Bras white no lace or underwire | 6 | 3 |
| Thermal Underwear white | 1 set | |
| Face clothes white | 2 | |
| Pajamas, cotton only | 2 | |
| Bath towels | 2 | 2 |
| Shorts must be only 2" above knee | 2 | |
| Gloves white | 1 | |

**MISCELLANEOUS ITEMS**

| ITEM | LIMIT | # RECEIVED |
|---|---|---|
| Postage stamps | 30 | |
| Ziploc bags | Enough to hold items | |
| Ink pens (Clear plastic) | 2 | 1 |

Shower shoes - (black, sebe 10)

IF ANY UNAUTHORIZED ITEMS ARE IN PACKAGE, I AUTHORIZE TUTWILER TO DO THE FOLLOWING:

RETURN ENTIRE PACKAGE TO SENDER __✓__    DONATE ITEMS TO CHARITY ____

_Martha Johnson_
Inmate Signature

I certify that I have received the above-allowed items listed.

_Martha Johnson_  _202230_            _S Week COSII 3.0_
Inmate Signature    AIS #                Officer Signature


EXHIBIT F