IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Martha Jane Johnson, #202230

       Plaintiff,                CIVIL ACTION No.2:06-CV-546-WKW

v.

Albright, et al.

       Defendants.

## A F F I D A V I T

Before me, the undersigned Notary Public, did personally appear Cynthia Wheeler, who being duly sworn deposes and makes the following statement:

My name is Cynthia Wheeler. I am an individual over the age of nineteen years and I am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U.S. Highway 231, Wetumpka, Alabama. I am currently employed in the capacity of Correctional Officer Supervisor II . I am named a defendant in this case.

I have read the complaint in the above referenced case and make the following statement in defense thereof: I did not play a role in the process of Inmate Johnson being placed in protective custody.

In regard to having to pay for copies, all inmates pay fifty cents per page when getting copies made, Inmate Johnson was not treated any differently than any other inmate. This is in accordance with the institutional policy and procedures.

                        _Cynthia S Wheeler_ Affiant

Sworn to and subscribed before me this _15th_ day of August 2006.

              _Jacqueline L Bascomb_ Notary Public

My commission expires _04/27/2010_.

**EXHIBIT G**

