BUSINESS OFFICE

FROM: MS. BALDWIN / MS. TUMLISON

DATE: January 18, 2006

REF: INMATE COPIES

INMATE'S NAME: Johnson, Martha Jane  AIS#: 202230
DORM ASSIGNMENT: 9A-49  PMOD BALANCE: $ 8.62

*(38 page document x 7 copies)
THE ABOVE LISTED INMATE AGREES TO PAY $ 133.00 (50 CENTS PER PAGE) FOR 266 COPIES MADE. THE ABOVE INMATE UNDERSTANDS THAT THIS AMOUNT WILL BE DEDUCTED FROM HER PMOD ACCOUNT.

Martha Jane Johnson                    January 18, 2006
SIGNATURE/AIS#                          DATE

*If your copier has a stapling function - please have the 38 page units/groups stapled as copying.

Posted 1/18/06    Completed 1/18/06
RECEIVED JAN 2006

EXHIBIT H