IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALALBAMA
NORTHERN DIVISION

Martha JaneJohnson,
        Plaintiff,
v.
                                    CIVIL ACTION NO. 2:06-CV-546-WKW
Albright, et al.,
        Defendants.

### AFFIDAVIT

Before me, this undersigned Notary Public, did personally appear, Melissa McIntyre, who being duly sworn deposes and makes the following statement.

My name is Melissa McIntyre. I am an individual over the age of nineteen years and I am incarcerated at the Julia Tutwiler Prison Annex. On May 18, 2006, I was housed in Dorm 9. I was standing at the front of the dorm with a group of inmates waiting for lockdown to clear when Martha made a comment about the Alabama Court of Criminal Appeals upholding her guilt due to three other inmates getting deals claiming she confessed that she killed her ex-husband. Annie Bell burst out loud insisting that when she had arrived at Tutwiler she had told that she did not want to be in the same dorm with Martha because she had been a witness against Martha and she wanted to be in a different dorm now. When Annie Belle persisted with her complaining, Officer Tucker called to the shift office. Because Annie Belle had been so aggressive I thought that a dorm change was about to happen. It was a shock to find out that Martha had been put in isolation, because Annie Belle was the one that was loud, not Martha. Martha did not make any threats of any kind to Annie Belle. Martha did not raise her voice. It was Annie Belle that was loud and hostile.

*Melissa McIntyre* AIS 245596 Affiant

Sworn to and subscribed before me this _____ day of August, 2006.

_____Notary Public.

My Commission expires_____.

Subscribed and sworn to before me this 1st day of September, 2006.
My commission expires 6-21-10

EXHIBIT A