IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Martha Jane Johnson.

      Plaintiff.

v.                                              CIVIL ACTION NO. 2:06--CV--546_WKW

Albright.et al.

      Defendants.

## AFFIDAVIT

Before me this undersigned Notary Public, did personally appear, Peggy Jones, who being duly sworn deposes and makes the following statement.

My name is Peggy Jones. I am an individual over the age of nineteen years and I am the sister of the plaintiff in this case. I reside at 398 County Road 268, Newville, AL 36353.

Concerning the statement of Mr. Frank Albright:

"As to the allegations of holding Inmate Johnson's incentive box, I have no such box nor has a box been sent in to Inmate Johnson. If a problem existed concerning an incentive box that was allegedly mailed to Inmate Johnson, Inmate Johnson didn't make me aware of it."

On May 25, 2006, I sent such box to the plaintiff. Before the box was mailed, I did speak to Mr. Frank Albright to make sure he was going to allow Plaintiff to have the incentive box. He said he'd allow her to have the box because she was in Seg for protective care, only. Because of concerns of the Plaintiff that the box was being held (expressed in letters mailed to the affiant from the Plaintiff), I called and discussed the box with Mr. Albright. At the time of the last call, Mr. Albright told me that there had been a lot of movement and assured me that Plaintiff would receive the box. The Plaintiff informed me (in a letter) that she had received the box on June 20, 2006. These facts are in contrast to the above statement quoted from Mr. Albright's Affidavit (by the Plaintiff to the Affiant). UPS shipment receipt attached.

*Peggy Jones* _____ Affiant

Sworn to and subscribed before me this 28 day of August 2006

*Cynthia D Carr* _____ Notary Public

My commission expires **My Commission Expires 05/17/2010**

EXHIBIT B

Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Thur, May 25, 2006

EXPECTED DELIVERY DATE
FRI MAY 26, 2006 EOD

SHIP FROM:
peggy jones
398 COUNTY ROAD 268
NEWVILLE AL 36353-7079
(334) 859-4465

SHIP TO:
martha jane johnson
202030 jop -5
6565 US HIGHWAY 231
WETUMPKA AL 36092-5343
Busines

SHIPPED THROUGH:
UPS C DOTHAN AL
DOTHAN AL 36303
(330) 742-5877

SHIPMENT INFORMATION:
UPS Ground Commercial
13lbs/13lbs Billed
Cust Pack: 12x11x5 in

Tracking Number: 1Z330X3E0352663055
Shipment ID: MA8D5212R722D
Ref 1: - -
Ref 2: - -

DESCRIPTION OF GOODS:
shampoo, tshirts personal items

SHIPMENT CHARGES:
Ground Commercial        $7.95
Service Options          $0.30
Fuel Surcharge           $0.35
Rural Surcharge          $1.45

Total                    $9.75

COMPLETE ONLINE SHIPMENT TRACKING INFO:

QUESTIONS ABOUT YOUR SHIPMENT?

Signature:



ShipmentID: MA8D5212R722D

Powered by iShip(tm)
05/25/2006 02:03 PM Pacific Time



EXHIBIT B Page 2