IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Martha Jane Johnson,

        Plaintiff,

v.                                    CIVIL ACCTION NO. 2;06--CV--546--WKW

Albright, et al.

        Defendants.

## AFFIDAVIT

    Before me this undersigned Notary Public, did personally appear, Angela Hudson, who being duly sworn deposes and makes the following statement.

    My name is Angela Hudson. I am an individual over the age of nineteen years and incarcerated at the Julia Tutwiler Prison Annex. In May of 2006 I was housed in the restriction dorm. On May 18, 2006, when Martha Johnson was being processed, at about 9:30 a.m., Correctional Officer Lacey screened through Martha's papers until her shift ended at about 2:00 p.m. Just after 10:00 p.m. Correctional Officer J. Mason went to Martha's living area and crammed all of Martha's papers in two garbage bags in spite of Martha telling her that she had a court order to prevent destruction of her legal documents and another court order to allow Martha access to those legal papers. I was sleeping in the bunk next to Martha and was awakened when Correctional Officer Mason approached Martha fussing about the boxes by her bunk. Another Officer had given Martha the boxes because the drawer was broke with the track on one side. The drawer would open and shut, but it was hanging and would not hold much weight. We had told the officers about that drawer needing to be fixed. Until it was fixed, it would not hold Martha had to keep her papers in cereal bags inside boxes by her bunk. Martha's living was in neat order.

    On Sunday, May 21, 2006, my time in the restriction was over. However, there was no bed available, so I was supposed to be issued an orange bracelet to be allowed to go out on the hall and return to dorm 5 every day. By May 23, I was fed up. I was told lthat Martha was knowledgeable in the law, so I asked her what to do. She told me that she had already been messed up on filing her legal papers earlier and after May 24, when she hoped to get them in the mail she would discuss my problem

EXHIBIT C

and possible solutions.  She was up all night the night before writing and that night, too.  She has told me that when Correctional Mason crammed her legal papers into the garbage bags that her most important brief got wadded up and that on Monday night, May 22, she had started rewriting it on lined paper.  On Tuesday she was given some more plain paper, and was up all night writing.  On wednesday, May 24, Martha was put in Segregation.  There was no reason for that.  It was discovered that Candace Dingler was removed from Segregation 18 days early to haave a cell to put Martha in segregation away from us, just after telling us that she would consider helping us after she got her papers in the mail.

*Angela Hudson 243546* Affiant

Sworn to and subscribed before me on this _____ day of August, 2006

_____ Notary Public

My commission expires_____

Subscribed and sworn to before me this ___1___ day of September 2006.
My commission expires 12-21-10



EXHIBIT C
page 2