IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, #202230, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-546-WKW |
| | ) |
| FRANK ALBRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file additional documents in response to the defendants special report (Court Doc. No. 19) filed by the plaintiff on September 8, 2006, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from September 5, 2006, to and including September 26, 2006 to file a supplemental response to the defendants' special report.

Done this 18th day of September, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE