Alabama Department of Corrections
Inmate Stationery

Exhibit A