**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MARTHA JANE JOHNSON (202230) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:06-cv-546-WKW** |
| ) | |
| FRANK ALBRIGHT, et al, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO TREAT THE DEFENDANTS' SPECIAL REPORT AS
A MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendants, **Frank Albright, Cynthia Wheeler, Richard Allen,** and **June Mason**, through the Attorney General for the State of Alabama, by and through its assistant attorney general, *Bettie J. Carmack*, and move this Honorable Court to treat its special report as a motion for summary judgment and, for grounds, state as follows:

1.      On August 18, 2006, the above named defendants filed a special report raising various immunity defenses and denials of the plaintiff's claims for relief.

2.      Defense counsel and the plaintiff have been in settlement negotiations and have been unable to settle the above stated matter.

3.      Defense counsel, therefore, moves this Honorable Court to treat the defendants' special report as a motion for summary judgment and DISMISS the above stated action with prejudice.

Respectfully submitted this the 28th day of May 2007.

TROY KING (KIN-047)
ATTORNEY GENERAL


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile:   (334) 242-2433


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 28th day of May 2007, served a copy of the foregoing upon the Plaintiff, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed as follows to:

**Inmate Martha Jane Johnson**
**AIS #: 202230**
**Julia Tutwiler Prison – 085A**
**8966 US Hwy 231**
**Wetumpka, AL  36092-5343**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile:   (334) 242-2433