IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, #202230, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-546-WKW |
| | ) |
| FRANK ALBRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to treat special report as a motion for summary judgment filed by the defendants on May 28, 2007 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time. The parties are advised that in accordance with the directives of the order entered on August 18, 2006 (Court doc. No. 17) and at the appropriate time "the court may treat the defendants' report and the plaintiff's response as a dispositive motion and response."

Done this 29th day of May, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE