IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. **2:06-cv-546** |
| FRANK ALBRIGHT, et al, | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Richard *Allen, Frank Albright, Cynthia Wheeler,* and *June Mason,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                  Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

12/12/2007                         /s/ Bettie J. Carmack
Date                               Counsel Signature

                                   **Richard Allen, Frank Albright, Cynthia Wheeler, and June Mason**
                                   Counsel for (print names of all parties)

                                   11 South Union Street Montgomery, AL 36130
                                   Address, City, State Zip Code

                                   334-353-5305
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Martha Jane Johnson
#202230
Julia Tutwiler Prison – Seg 8
8966 US Hwy 231
Wetumpka, AL 36092-5843**

| | |
|---|---|
| 12/13/2007 | /s/Bettie J. Carmack |
| Date | Signature |