# APPENDIX A

Cpt. Hawthorne

Thu. August 7, 2008   2:45 pm

RECEIVED 2008 SEP -8 A 10:55 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

The "active" case number is Martha Jane Johnson V. Frank Albright, et al. Civil Action No. 2:06-CV-546-WKW based on conduct in May 2006 which <u>sabotaged</u> my United States Supreme Court brief to appeal Civil Action 1:02-1131 TMH - CSC (appeal on my conviction) which is currently closed (until) the lawsuit is cleared to <u>establish</u> the (cause) of it being obstructed.

I've been working on <u>reopening</u> Dale County CC-98-220 in which I discovered that male inmates have "full blown" "comprehensive" evaluations over a duration of time, then are provided with expert testimony as such by forensic psychologists, psychiatrists, counselors & technicians, since 1981! No <u>such</u> for women — as a result my case suffered.

Hence, I branched out <u>from</u> my reopening in Dale County for case law notes on (all) cases (over 45 cases) that had Taylor Hardin — to file a lawsuit on Ala. Dept of Mental Health for gender discrimination.

<u>Originally</u>, Lt. Cook had me 9-11 and 12-2 Wed 8/6/08, Thu. 8/7/08 and Fri 8/8/08 — scratched out 12-2 claiming because (more) inmates here than annex — BUT (NO) one scheduled 12-2 to utilize the time. I showed Debra Stuart (inmate legal clerk) that I <u>only</u> accomplished two pages on one case (of 45) in 2 hours, if I couldn't utilize more time I would have no recourse but add to my lawsuit (CONT ON PAGE 1 of 4)

one of four

The very next day I've been arbitrarily plundered in what appears to be retaliation which I have tolerated over the last 2½ years every time retaliation/spite is obvious — even though legally such retaliation is cause for pursuing class action so many have wanted me to do — but I have evaded. Instead of discouraging me — such arouses cause for acting in similar retaliation in a normal person but I had decided to seek other resources — NOW you've locked up notes I worked on this year so I don't have that as a possibility — NOR do I feel like starting over.

I was in such research in 2003 when you pulled all my notes in ODR (April 15, 2003) after months of handwritten notes I just dropped my efforts. I would probably be home by now but for April 15, 2003 and May 2006 obstructions.

If you & Warden Albright would give me 9-5 like you did Perion Roberts (when she was suing Health Care and Warden Albright) — she had 5 days every week 9-5 plus evenings Annex & printer, I could accomplish a strong foundation on a lawsuit on Mental Health gender discrimination & offer a settlement of recognition that would give me an equal due process to establish expert testimony for my

cont on page 2 of 4

innocence to be proven — then I would be out of your prison — with no cause to continue my pending lawsuit — which is most likely about to be in full blown action.

I need my case law notes on the Taylor Hardin cases for my up coming lawsuit which does (not) have a number yet, for my intended reopening of trial court level, and for my Petition to the US Supreme Court that got blocked in May of 2006 that caused the lawsuit.

Otherwise I have to pursue what recourse I can like I did - June 2006 — I've been prompted so many times to do — and avoided — but when you took years of my handwritten notes — briefs — records — trial transcripts and every paper of (any) value (from me) you have caused me another obstruction.

Please reconsider and recognize — until now I've been struggling with trying to get back in court. NOW by taking my notes — AGAIN I'm pinned against the wall. I try to respect authority — but retaliation is killing respect. Listening to messy inmates like Yvonne Wiley & Janice Heck who were pissed because I refused to get involved in lawsuits & other cases now you have others pushing me — may be since I don't have my hard worked notes to work with on

(page 3 of 4)

my conviction I turn to pumping up my other cause? That's all I have left.

Locking all my legal notes away obstructed me again just like 2006?! I didn't go to last resort until no recourse again. I realize your position in the middle to communicate. I thank you in advance.

Martha Jane Johnson
202230
G1-28A

PS Of course you have a master key to access all my notes. I need a confiscation sheet on what Sgt McCoy threw away, in the garbage. I couldn't find 2 books of 20 liberty stamps — She took 2 bottles of shampoo & all my journal notes documenting dates & times of harassment to the dumpster.

Page 4 of 4