INMATE REQUEST SLIP

Name Martha Jane Johnson    Quarters G1-28A    Date 8-15-08
AIS# 202230    930 am
Central Hall
Box

Cpt. HAWTHORNE,

If you are uncomfortable with authorizing by memo daily access to my documents at least give me <u>one</u> time <u>right away</u> of 3-4 hours (three-four) to sort according to which case and level the documents and handwritten legal notes (of those not thrown "in trash because no court or lawyer heading"-that were loose in my drawer).

This is one of many times my efforts have been torpedoed/obstructed by retaliation/harassment by such spite vendetta as obvious by repeated complaints I've done on Sgt. McCoy and she or two others.

The most intense being the last of ongoing mental distress and anguish when each time I am at a point of accomplishing, such conduct interferes.

The last seven days I had <u>one fifteen minute</u> time <u>only</u> to <u>locate</u> active case number — with CO V. Brown, then one time with Sgt. Ferrell to pick up five packages of current mail I needed and two of legal notes and (two) one of documents. That ten minute-venture was not sufficient for "reasonable access" noted by Judge Coody in the ORDER you recognized at time of the July 14 2008 massive plundering by CO Lacey as by Warden Albright.

I had <u>planned</u> to be finished by August 29, 2008 with a settlement proposal (and a lawsuit on the State Dept. of Mental Health) which would have solved a lot of problems — <u>instead</u> now similar interruption to that which errupted into a lawsuit.

(Cont on 2 of 3)

APPENDIX B

[2 of 3]

Please don't compel me to have to add claims and multiple defendants. It's a <u>done deal</u> on adding Sgt. Monica McCoy—she has too <u>many</u> times repeatedly antagonized me with insults <u>and</u> now obstruction.

I've <u>avoided</u> increasing the burden on the state and the Court expenses of ~~time~~ & budget.

I assured Lt. Cooks I would check to see if I have an In Forma Pauperis to copy—Your Law Library is inadequate with so many incomplete forms being handed out to <u>default</u> those not aware of rules of Court. But my efforts to inform your inmate legal clerks were unwelcome. Debra Stuart (on Wed 8-6-08) told a receiving inmate visitors not to wear shorts or white otherwise okay—When visitors come in midriff tops or other unaccepted and over a hundred miles to visit turned around who is to blame?

Wednesday (8-13-08) on inmate asked the difference between fact & fiction. LaTosha Williams turned & asked Debra—"Fiction is reality" was the response. I showed Tasha Fiction (in dictionary) is imaginative. I got up (when Debra went to bathroom) to explain my <u>not</u> reading aloud to avoid arousing conflict. As I turned around—glancing at desk I noticed heading on a folder @ Waiver of restitution until release. As I reached to inquire into it, LaTosha scolded me, then Debra's return was on and on @ I was doing wrong

(2 of 3)

[3 of 3]

When I returned from Louisiana October 2005, you Kept assuring me I would "be on the next thing smoking" returned to Louisiana — so I did not do a change of address with the Court — that caused confusion.

Kay Talley and then her replacement Sharon Hurt (inmate legal clerks) in 2005 and 2006 respectively urged me to consider being legal clerk. I gave them the reply I do not want to be in a position to be compromised, implicated, intimidated or incriminated.

When you urged me to be your runner at the Annex I was truly flattered — but again too many inmates fabricate mess such as Bertha Allen, most recent claiming I was actively charging — ask Mariah Mensey (after 2 years of futility on her efforts, I intervened and got results for her) — Geneva Cooley; authorized for 2 hrs ODR from Annex 2 or 3 days weekly until my input disclosed an active appeal) she was unaware of which is no longer a factor to relieve her LWOP, Triona Carter and Rena Stinson how much I charged — NOTHING. Bertha Allen insisted she'd pay me to help with a lawsuit I refused to get involved — but if I'm continuing to be intimidated as such why not "make it happen" — Do you feel what I'm trying to put across? I'm pushed in a corner AGAIN?

Please call for me right away so I don't feel like there is no resolving problems by communication efforts. I thank you in advance.

(3 of 3)              Martha Josephineson