**APPENDIX C**

To: Warden Albright

From: Martha Jane Johnson 202230 Dorm O85A

July 29 2007 Central Hall Box

COMPLAINT @ ongoing retaliation\harassment

On May 18 2006 due to Procedure entering Dorm 5; CO Lacey spent 7am – 2:30pm going through my papers; @ 10:30pm May 18, 2007 CO J. Mason Stashed all my papers into two large garbage bags in spite of me showing her two court orders. Shortly after that 3rd Shift Lt. B. Nelson provided 3 boxes to reorganize & advised CO J. Mason that was my access to court NOT "excess paper".

Other officers have done "shake downs" and respected the Court Orders.

CO Monica McCoy harasses me every time she works annex. First time 1 was telling Inmate Gloria Anderson that she could have that state TV. As I said that in leaving the TV area — CO McCoy came around the corner of Control Cube returning from Dorm N (then Dorm 11) You don't pay bills, you don't even pay taxes, You have no right to say that go to your bunk." Shortly CO McCoy announced "Officer Inmate Johnson report to Cube 12" Then intimidating me further. This was the first of many unprofessional out bursts.

Another time CO McCoy had me to check the ice machine. It had a thin layer of ice so she ordered me to shut it back and leave it alone.

page 1 of 3

About ten minutes later inmate Bell and 2 others asking @ ice. CO McCoy called me from TV area to Cube door demanding I "get those inmates some ice, everything about you is Chaotic" (just as if she hadn't just demanded it was too low)

The most recent incident of <u>harassing</u> was Tuesday (7/24/07) at @ 8:20 am (conducting pill line) CO McCoy <u>snarled</u> "Have you got your things in order like I told you" I replied, "It's just like it was, I talked to Sgt. Mills about that the other day." CO McCoy retorted, "I don't care, per Lt. Cooks <u>Sgt. Mills</u> or not even Jesus Christ can stop me. You've got a rat's nest of paper and I'm getting even the legal papers from that's rat's nest. Lt. Cooks was on vacation so I discussed this arbitrary conduct and outburst with Sgt. Mills again—(Sgt. Mills has been through my legal papers before and is aware of access to court)

The week <u>before</u> CO McCoy was (rover) and going through Annex dorms with plastic bag she looked <u>into</u> a box <u>under</u> bunk 088A and pushed it back underneath the <u>BLACK</u> inmates bunk ignoring <u>books</u> and <u>junk</u> on top of that locker box & underneath that bunk. <u>Then</u> she approached me & demanded the boxes off my locker box that my abdominal binders & back brace came in @ the size of cigarette cartons) Demanding I open my locker box <u>after</u> demanding I destroy

<u>2 of 3</u>

two small empty boxes I had under my bed.
At sight of my papers she said get rid of
that. I attempted to show her my two court
orders pertaining to protection from destruction
(and) for access. She got irate demanding she's
above that. refusing to read them. Then I
started emptying locker she took a newspaper &
coupons — returning in @ 20 minutes with 2 empty
boxes @ the size of the 2 she had me destroy — but
demanding I put my papers in them & she would
return in 20 minutes to get to read then realizing
what she said correcting herself to say to
get the papers — my legal papers. As she
approached that time I was returning my BIBLE
to my laundry bag top where I had for easy access
to read Book of James. She accused me of
putting papers in laundry bag by snapping
that won't save you either I'll check that too.
When I mentioned Sgt. Harvey she retorted
"Sgt Harvey is not here today" But she did
not return that day — until last Tuesday.
    If this APPARENT passed down retaliation
continues I have no choice but to consult
with the Court. I've been trying to leave
(that) alone — but obviously coercion like
last year's episode is ongoing. Can you
intervene?

        3 of 3        Martha Jane Johnson