Martha Jane Johnson 202230
July 2, 2008 6:30 pm

7:25 pm Lt Mills
7:26 another (black) inmate came in @ bottom bunk profile & Sgt Carter told me to step out for a minute — after tell me of so many discrepancies

The parole board set me off 5 years yesterday. I am waiting for a bunk assignment — came up from annex shortly after 4:30 pm. I attempted to approach CO Lacey-Jackson to show her my profile. When she went in shift office. Most officers are also aware of my legal documents — I had to get a court order to have access and protection from destruction as "excess paper."

Please take into consideration —— as I have a bottom bunk profile and one for by a window —— with consideration to so much extra legal papers of 8 yrs appeals process pending along with the civil action pending since June 20, 2006 — I ask that you please recognize Dorm I bunk 29A is the only bunk I am aware of that is available that has an extra drawer sufficient to accomodate my legal papers. In addition to my personal belongings. Sgt Carter Mills now Lt. Mills, has had the privilege of sorting through years ago —— and CO Lacey (CO Lacey-Jackson's sister) did inventory 7:30 am — 2:30 pm May 18, 2006 —— so I've had my legal notes and my 6 inch thick trial transcript & 3X that of appeal documents. In order to avoid me being assigned and re-assigned unnecessarily, I feel obligated to mention these issues to keep paperwork down to a minimum. I thank you in advance for your recognition and consideration of my effort as (not) trying to be a problem.

6:58 pm CO Lacey-Jackson assigned me to G-1-28A two of the smallest drawers. I'm compatable even though they had to move the inmate to a top bunk — but I don't have room for my legal papers Is this retaliation for my lawsuit? When a bottom bunk is available with sufficient space. Why am I placed where movement is necessary to inadequate spaces already occupied?
The last two moves from Annex to Dorm I were of ease and liking — mine would be of need.

# APPENDIX D