IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, #202230, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-546-WKW |
| | ) |
| FRANK ALBRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on September 8, 2008 (Court Doc. No. 26), which the court construes as a motion to compel access to confiscated legal materials, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. The defendants shall not destroy or otherwise dispose of the documents taken from the plaintiff on August 7, 2008.

3. On or before September 18, 2008, the defendants shall allow the plaintiff access to those documents confiscated from her possession on August 7, 2008.

4. At the time the plaintiff is allowed access to such documents, she shall identify to correctional personnel those documents relevant to all pending cases and any potential cause of action.

5.  The defendants shall allow the plaintiff reasonable access to those documents she identifies as relevant to pending/potential lawsuits.

The Clerk is DIRECTED to provide a copy of this order to the warden of the Julia Tutwiler Prison for Women and to the General Counsel for the Alabama Department of Corrections.

Done this 8th day of September, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE