IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA JANE JOHNSON, | ) | |
| AIS # 202030, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-546-WKW |
| | ) | |
| FRANK ALBRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

On October 29, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 28), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, the court agrees that Ms. Johnson's retaliation claim falters on the causation prong, and that she provides insufficient evidence to survive summary judgment on her denial of access to courts claim. Accordingly, it is ORDERED as follows:

(1)   The Magistrate Judge's Recommendation is ADOPTED;

(2)   Defendants' motion for summary judgment (Doc. # 16) is GRANTED;

(3)   costs are TAXED against the plaintiff; and

(4)   this case is DISMISSED with prejudice.

DONE this 20th day of November, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE